James HARPER, Jr., Petitioner–Appellant,

v.

Anne Mary CARTER, Warden, Respondent–Appellee.

No. 15–6877.

United States Court of Appeals, Fourth Circuit.

Submitted:  Oct. 15, 2015.

Decided:  Oct. 20, 2015.

James Harper, Jr., Appellant Pro Se.

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Harper, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Harper v. Carter*, No. 1:14–cv–00137–IMK–JSK, 2015 WL 2073987 (N.D.W.Va. May 4, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*